UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                 Case No. 1:25-cr-20069

v.                                                Honorable Thomas L. Ludington
                                                      United States District Judge

JOSEPH SCOTT SHOMIN,

                                                    Honorable Patricia T. Morris
               Defendant.                 United States Magistrate Judge

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On May 28, 2025, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Joseph Scott Shomin's consent. *See* ECF Nos. 13; 15. The next day, Judge Morris issued a report recommending that this Court accept Defendant's guilty plea. ECF No. 18. Judge Morris gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 18, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 16, is **TAKEN UNDER ADVISEMENT**.

Dated: June 17, 2025                                       s/Thomas L. Ludington
                                                                 THOMAS L. LUDINGTON
                                                                  United States District Judge